IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ARLO R. KENT,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF RUPERT, a political subdivision of the State of Idaho, RUPERT POLICE DEPT., and JEFF McEWEN,<br><br>      Defendants. | Case No.  CV 09-647-S-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY.



DATED:  **June 8, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**